IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHARON R. DEVINE                                                              PLAINTIFF

V.                                              NO. 10-3017

MICHAEL ASTRUE,
Commissioner of Social Security Administration                   DEFENDANT

**O R D E R**

On November 10, 2010, counsel for Plaintiff filed his response to the Court's previous order, advising the Court that numerous calls have been made to the Appeals Council to determine the status of the case, with no reply.

The Court hereby directs Defendant to provide the Court with updated information regarding the status of the case before the Appeals Council, by no later than November 30, 2010.

IT IS SO ORDERED this 15th day of November, 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)