IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


SHARON R. DEVINE                                                    PLAINTIFF


        v.                        CIVIL NO. 10-3017


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

### J U D G M E N T

        For reasons stated in the memorandum opinion of this date, we hereby affirm the decision

of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

        IT IS SO ORDERED AND ADJUDGED this 18th day of November 2011.



                                        /s/ *Erin L. Setser*
                                        _____
                                        HON. ERIN L. SETSER
                                        UNITED STATES MAGISTRATE JUDGE